UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: §
§
ROYAL SANITARY SUPPLY INC. §  Case No. 13-25348 MER
§
_____Debtor_____ §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID E. LEWIS, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                     Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  13,137.58      Claims Discharged
                                                  Without Payment:  150,183.84

Total Expenses of Administration:  15,143.04

---

3) Total gross receipts of $ 28,280.62  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 28,280.62  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 629.00 | $ 629.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,143.04 | 15,143.04 | 15,143.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 629.00 | 629.00 | 629.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 162,795.28 | 12,571.02 | 12,571.02 | 12,508.58 |
| **TOTAL DISBURSEMENTS** | $ 162,795.28 | $ 28,972.06 | $ 28,972.06 | $ 28,280.62 |

4) This case was originally filed under chapter 7 on 09/09/2013 . The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/26/2017                     By: /s/DAVID E. LEWIS, Chapter 7 Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Legal Claimant Services found money | 1229-000 | 28,280.62 |
| **TOTAL GROSS RECEIPTS** | | **$ 28,280.62** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | CITY AND COUNTY OF DENVER/TREASURY | 4700-000 | NA | 629.00 | 629.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 629.00** | **$ 629.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. LEWIS, CHAPTER 7 TRUSTEE | 2100-000 | NA | 3,578.06 | 3,578.06 | 3,578.06 |
| DAVID E. LEWIS, CHAPTER 7 TRUSTEE | 2200-000 | NA | 189.06 | 189.06 | 189.06 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 34.29 | 34.29 | 34.29 |
| UNION BANK | 2600-000 | NA | 546.47 | 546.47 | 546.47 |
| CLERK OF THE COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| DENNIS CPA, DAVID | 3410-000 | NA | 3,427.00 | 3,427.00 | 3,427.00 |
| DENNIS CPA, DAVID | 3420-000 | NA | 38.00 | 38.00 | 38.00 |
| KEANE FINANCIAL, LLC | 3991-000 | NA | 7,070.16 | 7,070.16 | 7,070.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,143.04 | $ 15,143.04 | $ 15,143.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | CITY AND COUNTY OF DENVER/TREASURY | 5800-000 | NA | 629.00 | 629.00 | 629.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 629.00 | $ 629.00 | $ 629.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATT Mobility P.O. Box 6463 Carol Stream, IL 60197-6463 | | 256.56 | NA | NA | 0.00 |
| | Bank Of The West 2527 Camino Ramon NC-B07-1B-N San Ramon, CA 94583 | | 34,536.48 | NA | NA | 0.00 |
| | Bank Of The West Mastercard 2527 Camino Ramon NC-B07-1B-N San Ramon, CA 94583 | | 10,197.24 | NA | NA | 0.00 |
| | Bank Of The West Mastercard P.O. Box 4 Concord, CA 94524-4047 | | 0.00 | NA | NA | 0.00 |
| | Bank Of The West P.O. Box 515274 Los Angeles, CA 90051-6574 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CNA Insurance P.O. Box 382033 Pittsburgh, PA 15250-8033 | | 1,987.67 | NA | NA | 0.00 |
| | Carlisle Food Service Products 22926 Network Pl. Chicago, IL  60673-1229 | | 324.85 | NA | NA | 0.00 |
| | City & County Of Denver 201 W. Colfax Ave. Denver, CO 80202 | | 27.00 | NA | NA | 0.00 |
| | City & County Of Denver ParkingViolation P.O. Box 46500 Denver, CO  80201-6500 | | 70.00 | NA | NA | 0.00 |
| | City Of Aurora Tax & Licensing Div. P.O. Box 33001 Aurora, CO  80041-3001 | | 24.25 | NA | NA | 0.00 |
| | DHL Global Forwarding P.O. Box 742802-Lockbox 5195 Los Angeles, CA  90074-2802 | | 1,382.61 | NA | NA | 0.00 |
| | Daley International 75 Remittance Dr., #3 Chicago, IL  60675-3242 | | 1,566.73 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Envirox LLC P.O. Box 2327 Danville, IL 61832-2327 | | 26,250.62 | NA | NA | 0.00 |
| | HVH Transportation Inc. P.O. Box 16610 Denver, CO 80216 | | 76.20 | NA | NA | 0.00 |
| | Jeanne Will 5745 W. Mansfield Ave., #266 Denver, CO 80235 | | 45,000.00 | NA | NA | 0.00 |
| | Koblenz Industrial Products Dba Thomas Electric Co. P.O. Box 18363 San Antonio, TX 78218-0363 | | 37.40 | NA | NA | 0.00 |
| | Lighthouse For The Blind 912 W. Broadway Ft. Worth, TX 76104 | | 3,559.62 | NA | NA | 0.00 |
| | Ludlow Composites Corp. P.O. Box 75643 Cleveland, OH 44101-4755 | | 98.12 | NA | NA | 0.00 |
| | McVenzie Becker & Steve NS P.O. Box 1967 Lakeville, CT 06039 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nobles Industries Pro Tennant Co Commercial Products P.O. Box 1452 Minneapolis, MN 55440 | | 2,974.14 | NA | NA | 0.00 |
| | North American Cleaning Equipment P.O. Box 33086 Detroit, MI  48232 | | 4,166.50 | NA | NA | 0.00 |
| | North Park Transportation Co. 648 Riverside St. Sheridan, WY  82801 | | 571.50 | NA | NA | 0.00 |
| | Pozetta Specialty Supplies 3117 S. Platte River Dr. Englewood, CO  80110 | | 21.60 | NA | NA | 0.00 |
| | RPS Corp. P.O. Box 368 Racine, WI  53401 | | 1,590.59 | NA | NA | 0.00 |
| | Sterns Packaging Corp. P.O. Box 3216 Madison, WI 53704-0216 | | 7,084.38 | NA | NA | 0.00 |
| | Synter Resource Group LLC P.O. Box 63247 North Charleston, SC  29419-3247 | | 664.60 | NA | NA | 0.00 |
| | The Anderson Company, Inc. 340 Cross Plains Blvd. SE Dalton, GA  30721 | | 275.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Lube Shop Inc. 2355 S. Federal Blvd. Denver, CO 80219 | | 78.96 | NA | NA | 0.00 |
| | Topicare Inc. 1005 Elm Ct. Keytesville, MO 65261 | | 35.75 | NA | NA | 0.00 |
| | UPS 5020 Ivy St. Commerce City, CO 80022 | | 0.00 | NA | NA | 0.00 |
| | United Delivery P.O. Box 211173 Denver, CO 80221 | | 705.67 | NA | NA | 0.00 |
| | United States Plastic Corp. 1390 Neubrecht Rd. Lima, OH 45801-3196 | | 284.26 | NA | NA | 0.00 |
| | Walter's Auto Specialists Inc. 1998 W. Hamilton Pl. Englewood, CO 80110 | | 763.18 | NA | NA | 0.00 |
| | West Dartmouth Warehouse LLC 300 S. Jackson St., #440 Denver, CO 80209 | | 4,114.00 | NA | NA | 0.00 |
| | West Port Labs 11558 Rock Island Ct. Maryland Heights, MO 63043 | | 23.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Xcel Energy Services, Inc. P.O. Box 9477 Minneapolis, MN 55484-9477 | | 1,371.67 | NA | NA | 0.00 |
| 000004 | BASIC COATINGS, LTD | 7100-000 | 840.52 | 727.24 | 727.24 | 727.24 |
| 000003 | BETCO CORP, LTD | 7100-000 | 6,273.22 | 5,545.98 | 5,545.98 | 5,545.98 |
| 000002 | GOLDEN STAR INC. | 7100-000 | 522.72 | 522.72 | 522.72 | 522.72 |
| 000005 | INTEGRA TELECOM HOLDINGS, INC | 7100-000 | 1,486.97 | 1,701.91 | 1,701.91 | 1,701.91 |
| 000006 | FRANCOTYP-POSTALIA, INC. | 7200-000 | 1,518.25 | 1,518.25 | 1,518.25 | 1,494.98 |
| 000007 | GOLDEN STAR, INC. | 7200-000 | NA | 522.72 | 522.72 | 514.71 |
| 000008 | JMZ DISTRIBUTING CO. | 7200-000 | 2,032.20 | 2,032.20 | 2,032.20 | 2,001.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 162,795.28 | $ 12,571.02 | $ 12,571.02 | $ 12,508.58 |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit 8

| Case No: | 13-25348 MER Judge: MICHAEL E. ROMERO | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ROYAL SANITARY SUPPLY INC. | Date Filed (f) or Converted (c): | 09/09/13 (f) |
| | | 341(a) Meeting Date: | 10/09/13 |
| For Period Ending: | 09/26/17 | Claims Bar Date: | 06/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. business checking-Bank of the West, 501 W. Hampden | 0.00 | 0.00 | | 0.00 | FA |
| 2. business checking-Bank of the West, 501 W. Hampden | 0.00 | 0.00 | | 0.00 | FA |
| 3. misc. cleaning equipment parts-no value-landlord h | 0.00 | 0.00 | | 0.00 | FA |
| 4. Legal Claimant Services found money (u) | 0.00 | 27,000.00 | | 35,350.78 | FA |
| Legal Claimant Services has been hired and promised finders fee for locating and recovering funds allegedly belonging to the debtor | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $0.00    $27,000.00    $35,350.78    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

looking into discrepancies between balance sheet and schedules

Initial Projected Date of Final Report (TFR): 12/30/15    Current Projected Date of Final Report (TFR): 07/13/17

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 20.00d

Page: 1

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-25348 -MER | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ROYAL SANITARY SUPPLY INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2068 Checking Account |
| Taxpayer ID No: | *******4661 | | |
| For Period Ending: | 09/26/17 | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/15 | | Keane Financial, LLC | Unclaimed Funds | | 21,210.46 | | 21,210.46 |
| | | | Gross sales amount is $28,280.62. Difference of $7,070.16 fees to Keane Finalcial. | | | | |
| | 4 | | Memo Amount: 28,280.62 | 1229-000 | | | |
| | | | Sale of unclaimed property | | | | |
| | | KEANE FINANCIAL, LLC | Memo Amount: ( 7,070.16 ) | 3991-000 | | | |
| | | | Other professional fees for sale | | | | |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 26.44 | 21,184.02 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.50 | 21,153.52 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 31.48 | 21,122.04 |
| 12/04/15 | 300001 | International Sureties Ltd. | Bond Payment | 2300-000 | | 28.85 | 21,093.19 |
| | | Suite 420 | International Sureties, Ltd. | | | | |
| | | 701 Poydras St. | Suite 420 | | | | |
| | | New Orleans, LA 70139 | 701 Poydras St. | | | | |
| | | | New Orleans, LA 70139 | | | | |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.42 | 21,062.77 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 31.36 | 21,031.41 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 31.21 | 21,000.20 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.15 | 20,971.05 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 31.12 | 20,939.93 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.07 | 20,909.86 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 31.03 | 20,878.83 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.99 | 20,848.84 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.94 | 20,817.90 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.89 | 20,787.01 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.85 | 20,757.16 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.80 | 20,726.36 |
| 12/09/16 | 300002 | International Sureties, Ltd | trustee bond | 2300-000 | | 5.44 | 20,720.92 |
| | | | Page Subtotals | | 21,210.46 | 489.54 | |

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-25348 -MER | | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | ROYAL SANITARY SUPPLY INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2068  Checking Account |
| Taxpayer ID No: | *******4661 | | | |
| For Period Ending: | 09/26/17 | | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.77 | 20,691.15 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.71 | 20,660.44 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 30.74 | 20,629.70 |
| 03/09/17 | 300003 | David Dennis, CPA | accountant expenses | | | 3,465.00 | 17,164.70 |
| | | Dennis & Company, PC | | | | | |
| | | 8400 East Crescent Parkway #600 | | | | | |
| | | Greenwood Village, CO 80111 | | | | | |
| | | | Fees        3,427.00 | 3410-000 | | | |
| | | | Expenses      38.00 | 3420-000 | | | |
| * 05/01/17 | 300004 | DAVID E. LEWIS, Chapter 7 Trustee | Chapter 7 Compensation/Expense | | | 3,705.82 | 13,458.88 |
| | | 1400 MAIN STREET #201-B | | | | | |
| | | LOUISVILLE, CO  80027 | | | | | |
| | | | Fees        3,578.06 | 2100-003 | | | |
| | | | Expenses     127.76 | 2200-003 | | | |
| * 05/01/17 | 300004 | DAVID E. LEWIS, Chapter 7 Trustee | Chapter 7 Compensation/Expense | | | -3,705.82 | 17,164.70 |
| | | 1400 MAIN STREET #201-B | void need to amend TFR | | | | |
| | | LOUISVILLE, CO  80027 | | | | | |
| | | | Fees       (   3,578.06 ) | 2100-003 | | | |
| | | | Expenses   (    127.76 ) | 2200-003 | | | |
| * 05/01/17 | 300005 | Kenneth S. Gardner | Claim COURT, Payment 100.00000% | 2700-003 | | 260.00 | 16,904.70 |
| | | CLERK OF THE COURT | | | | | |
| | | U.S. Custom House | | | | | |
| | | 721 19th Street | | | | | |
| | | Denver, Colorado  80202-2508 | | | | | |
| * 05/01/17 | 300005 | Kenneth S. Gardner | Claim COURT, Payment 100.00000% | 2700-003 | | -260.00 | 17,164.70 |
| | | CLERK OF THE COURT | | | | | |

Page Subtotals       0.00       3,556.22

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-25348 -MER | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ROYAL SANITARY SUPPLY INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2068 Checking Account |
| Taxpayer ID No: | *******4661 | | |
| For Period Ending: | 09/26/17 | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | U.S. Custom House<br>721 19th Street<br>Denver, Colorado 80202-2508 | | | | | |
| * 05/01/17 | 300006 | Keane Financial, LLC | Claim KEANE, Payment 100.00000%<br>Fees | 3991-003 | | 7,070.16 | 10,094.54 |
| * 05/01/17 | 300006 | Keane Financial, LLC | Claim KEANE, Payment 100.00000% | 3991-003 | | -7,070.16 | 17,164.70 |
| * 05/01/17 | 300007 | City and County of Denver/Treasury<br>Attn: Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Ave., Department 1001<br>Denver, CO 80202 | Claim 000001B, Payment 100.00000% | 5800-003 | | 629.00 | 16,535.70 |
| * 05/01/17 | 300007 | City and County of Denver/Treasury<br>Attn: Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Ave., Department 1001<br>Denver, CO 80202 | Claim 000001B, Payment 100.00000% | 5800-003 | | -629.00 | 17,164.70 |
| * 05/01/17 | 300008 | Golden Star Inc.<br>6445 Metcalf Ave.<br>Orchard Park, KS 66202 | Claim 000002, Payment 64.71916% | 7100-003 | | 338.30 | 16,826.40 |
| * 05/01/17 | 300008 | Golden Star Inc.<br>6445 Metcalf Ave.<br>Orchard Park, KS 66202 | Claim 000002, Payment 64.71916% | 7100-003 | | -338.30 | 17,164.70 |
| * 05/01/17 | 300009 | Betco Corp, LTD<br>1001 Brown Ave.<br>Toledo, OH 43607 | Claim 000003, Payment 64.71895% | 7100-003 | | 3,589.30 | 13,575.40 |
| * 05/01/17 | 300009 | Betco Corp, LTD<br>1001 Brown Ave.<br>Toledo, OH 43607 | Claim 000003, Payment 64.71895% | 7100-003 | | -3,589.30 | 17,164.70 |
| * 05/01/17 | 300010 | Basic Coatings, LTD<br>1001 Brown Ave.<br>Toledo, OH 43607 | Claim 000004, Payment 64.71866% | 7100-003 | | 470.66 | 16,694.04 |
| * 05/01/17 | 300010 | Basic Coatings, LTD | Claim 000004, Payment 64.71866% | 7100-003 | | -470.66 | 17,164.70 |

Page Subtotals         0.00         0.00

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-25348 -MER | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ROYAL SANITARY SUPPLY INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2068 Checking Account |
| Taxpayer ID No: | *******4661 | | |
| For Period Ending: | 09/26/17 | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/01/17 | 300011 | Integra Telecom Holdings, Inc<br>18110 SE 34th Street<br>Building One/Ste 100<br>Vancouver, WA 98683<br>1001 Brown Ave.<br>Toledo, OH 43607 | Claim 000005, Payment 64.71905% | 7100-003 | | 1,101.46 | 16,063.24 |
| * 05/01/17 | 300011 | Integra Telecom Holdings, Inc<br>18110 SE 34th Street<br>Building One/Ste 100<br>Vancouver, WA 98683 | Claim 000005, Payment 64.71905% | 7100-003 | | -1,101.46 | 17,164.70 |
| 08/10/17 | 300012 | DAVID E. LEWIS, Chapter 7 Trustee<br>1400 MAIN STREET #201-B<br>LOUISVILLE, CO 80027 | Chapter 7 Compensation/Expense | | | 3,767.12 | 13,397.58 |
| | | | Fees         3,578.06 | 2100-000 | | | |
| | | | Expenses         189.06 | 2200-000 | | | |
| 08/10/17 | 300013 | Kenneth S. Gardner<br>CLERK OF THE COURT<br>U.S. Custom House<br>721 19th Street<br>Denver, Colorado 80202-2508 | Claim COURT, Payment 100.00000% | 2700-000 | | 260.00 | 13,137.58 |
| 08/10/17 | 300014 | City and County of Denver/Treasury<br>Attn: Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Ave., Department 1001<br>Denver, CO 80202 | Claim 000001B, Payment 100.00000% | 5800-000 | | 629.00 | 12,508.58 |
| 08/10/17 | 300015 | Golden Star Inc.<br>6445 Metcalf Ave.<br>Orchard Park, KS 66202 | Claim 000002, Payment 100.00000% | 7100-000 | | 522.72 | 11,985.86 |
| 08/10/17 | 300016 | Betco Corp, LTD<br>1001 Brown Ave.<br>Toledo, OH 43607 | Claim 000003, Payment 100.00000% | 7100-000 | | 5,545.98 | 6,439.88 |

Page Subtotals                          0.00        10,724.82

Ver: 20.00d

LFORM24

Page: 5

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-25348 -MER | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ROYAL SANITARY SUPPLY INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******2068  Checking Account |
| Taxpayer ID No: | *******4661 | | |
| For Period Ending: | 09/26/17 | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/10/17 | 300017 | Basic Coatings, LTD<br>1001 Brown Ave.<br>Toledo, OH 43607 | Claim 000004, Payment 100.00000% | 7100-000 | | 727.24 | 5,712.64 |
| 08/10/17 | 300018 | Integra Telecom Holdings, Inc<br>18110 SE 34th Street<br>Building One/Ste 100<br>Vancouver, WA 98683 | Claim 000005, Payment 100.00000% | 7100-000 | | 1,701.91 | 4,010.73 |
| 08/10/17 | 300019 | Francotyp-Postalia, Inc.<br>Asset Collections Inc.<br>10505 SW Barbur Blvd. #301<br>Portland, OR 97219 | Claim 000006, Payment 98.46731% | 7200-000 | | 1,494.98 | 2,515.75 |
| 08/10/17 | 300020 | Golden Star, Inc.<br>Asset Collections Inc.<br>10505 SW Barbur Blvd. #301<br>Portland, OR 97219 | Claim 000007, Payment 98.46763% | 7200-000 | | 514.71 | 2,001.04 |
| 08/10/17 | 300021 | JMZ Distributing Co.<br>Asset Collections Inc.<br>10505 SW Barbur Blvd. #301<br>Portland, OR 97219 | Claim 000008, Payment 98.46669% | 7200-000 | | 2,001.04 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 28,280.62 | COLUMN TOTALS | | 21,210.46 | 21,210.46 | 0.00 |
| Memo Allocation Disbursements: | 7,070.16 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 21,210.46 | 21,210.46 | |
| Memo Allocation Net: | 21,210.46 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 21,210.46 | 21,210.46 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 28,280.62 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 7,070.16 | Checking Account - ********2068 | 21,210.46 | 21,210.46 | 0.00 |
| Total Memo Allocation Net: | 21,210.46 | | 21,210.46 | 21,210.46 | 0.00 |

Page Subtotals      0.00      6,439.88

Ver: 20.00d

Page: 6

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-25348 -MER | | Trustee Name: | DAVID E. LEWIS, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | ROYAL SANITARY SUPPLY INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******2068 Checking Account |
| Taxpayer ID No: | *******4661 | | | |
| For Period Ending: | 09/26/17 | | Blanket Bond (per case limit): | $ 47,027,358.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*